IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ESTATE OF JOHN ANDERSON QUINN;
JUDY QUINN; JENNIFER QUINN;
JULIE LOOSMORE; and JANA GORDON,
*Wrongful Death Beneficiaries*
*of John Anderson Quinn*                                                PLAINTIFFS

v.                              No. 3:20-cv-182-DPM

MONTEREY MUSHROOMS, INC.; and
RYDER TRUCK RENTAL, INC.                                                DEFENDANTS

## ORDER

Agreed motion, *Doc. 9*, granted. The case is remanded to the Circuit Court of Craighead County, Arkansas.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 September 2020